### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | |
|---|---|
| DAMONT EWELL, ADC #109853 | PLAINTIFF |
| v.   No. 5:13CV00276 JLH-JTK | |
| WENDY KELLY, et al. | DEFENDANTS |

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Kelly and Warren are DISMISSED from plaintiff's complaint for failure to state a claim.

IT IS SO ORDERED this 3rd day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE