# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DAMONT EWELL,
ADC #109853                                                                             PLAINTIFF

v.                         5:13CV00276-JLH-JTK

WENDY KELLY, et al.                                           DEFENDANTS

## ORDER

Defendants shall respond to Plaintiff's Motion for Preliminary Injunction (Doc. No. 11) within fifteen days of the date of this Order.

IT IS SO ORDERED this 24th day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE