**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAMONT EWELL,
ADC #109853                                                                                              PLAINTIFF

v.                                              5:13CV00276-JLH-JTK

WENDY KELLY, et al.                                                                               DEFENDANTS

### ORDER

By Order dated September 11, 2013, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 5).  Summons was returned, unexecuted, with respect to Defendants Moore and Austin on October 22, 2013 (Doc. Nos. 13, 14).   Included with the returns and filed under seal are memos containing Defendants' last-known addresses.  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendants Dr. Moore and Marie Austin, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 1) on Defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 24th day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE