**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAMONT EWELL,
ADC #109853                                                                                         PLAINTIFF

v.                                          5:13CV00276-JTK

WENDY KELLY, et al.                                                                             DEFENDANTS

## ORDER

The November 27, 2013, Partial Recommended Disposition (Doc. No. 19), is hereby treated as the opinion of this Court, in light of the Parties' December 19, 2013, Consent to Jurisdiction by a United States Magistrate Judge (Doc. No. 26).  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. No. 11) is DENIED.

IT IS SO ORDERED this 13th day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE